PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Instructions—Read Carefully

05-10773 EFH

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

#47

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Massachusetts | |
|---|---|---|
| Name Dennis Ragucci | Prisoner No. W#67598 | Case No. |

Place of Confinement

M.C.I. Concord
Post Office Box  #9106
Concord, Massachusetts 01742

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Dennis Ragucci | v. Peter Pepe 05-10773 EFH |

The Attorney General of the State of: Thomas Reilly, Attorney General

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __Suffolk County Superior Court Department Under Docket #1998-10784,__

2. Date of judgment of conviction __January 21-22, 2000,__

3. Length of sentence __Fifteen Years and One Day,__

4. Nature of offense involved (all counts) __(1) Trafficking In Over 200 Grams or more, (2) Possession Of A Class D Substance, (3) Conspiracy To Violate The Controlled Substance Act.__

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Massachusetts Court Of Appeal,__

   (b) Result __DENIED__

   (c) Date of result and citation, if known __November 21, 2003, Decision: Rule 1:28 Docket Number, 2001-P-0083,__

   (d) Grounds raised __Insufficient Evidence on Joint Venture, Self-Incrimination regarding informant information, Judge Abused his decretion denying hearing, Trial Counsel's failure to file a Motion To Suppress, Lesser-Included offense.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Massachusetts Supreme Judicial Court, F.A.R.__

   (2) Result __DENIED__

   (3) Date of result and citation, if known __Commonwealth -Vs- Ragucci, 1/29/2004, 441 Mass 1101-1103,__

   (4) Grounds raised __Attorney Seiger raised all the same issue[s] as raised in the Massachusetts Appeal[s] Court. See Paragraph, 9(d)__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __No__

   (2) Result __N/A__

   (3) Date of result and citation, if known __N/A__

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Suffolk Superior Court__

   (2) Nature of proceeding __Motion For New Trial, Rule #30(b)__

   (3) Grounds raised __Insufficient evidence on Joint Venture, Self-Incrimination Regarding Informant Information. SAME AS ABOVE__

(3)

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result  DENIED,

(6) Date of result  December 5, 2002,

(b) As to any second petition, application or motion give the same information:

(1) Name of court  N/A

(2) Nature of proceeding  N/A

(3) Grounds raised  N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result  N/A

(6) Date of result  N/A

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐  No ☒
(2) Second petition, etc.   Yes ☐  No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
N/A

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __INEFFECTIVE ASSISTANCE OF COUNSEL, Failure To File A Motion To Suppress.__

Supporting FACTS (state *briefly* without citing cases or law) __COUNSEL FAILED TO PROTECT SOME OF MY BASIC AND FUNDAMENTAL RIGHTS AT A CRITICAL STAGE, DEPRIVING THE PETITIONER HEREIN OF AN OTHERWISE AVAILABLE SUBSTANTIAL GROUND OF DEFENSE.__

B. Ground two: __CONTRARY TO FEDERAL CONSTITUTIONAL LAW, Miscarriage Of Justice The Massachusetts Appeal Court[s] failure to discuss the Federal Claims Of Error.__

Supporting FACTS (state *briefly* without citing cases or law): __THE TRIAL COURT AND STATE COURT APPEAL[S] COURT ABUSED ITS DISCRETION REGARDING CONSTITUTIONAL ERROR[S], NO NECESSARY FINDINGS OF LAW, REGARDING THE MOTION TO SUPPRESS ON THE SECOND ENTRY OF THE PETITIONER'S PERSONAL PROPERTY. UNREASONABLE APPLICATION OF FACTS TO STATE AND FEDERAL CONSTITUTIONAL LAW.__

AO 241 (Rev. 5/85)

C. Ground three: N/A

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four N/A

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  John McBride, Address is not available,

    (b) At arraignment and plea  John McBride, SAME AS ABOVE.

(6)

AO 241 (Rev. 5/85)

    (c) At trial     John McBride,

    (d) At sentencing    John McBride,

    (e) On appeal    Kenneth I. Seiger, P.O. Box #470725, Brookline, Ma 02447

    (f) In any post-conviction proceeding   Eric Weinstein,

    (g) On appeal from any adverse ruling in a post-conviction proceeding   Kenneth I. Seiger,

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future:    N/A

   (b) Give date and length of the above sentence:    N/A

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1-14-05
(date)

_____
Signature of Petitioner

(7)

## CERTIFICATE OF SERVICE

    I hereby certify that I, Mr. Dennis Ragucci sent by First Class Mail a complete copy of the foregoing Application For Federal Review under 28 U.S.C. §2254, to;

> Daniel F. Conley
> District Attorney
> One Bulfinch Place
> Boston, Ma 02114

    On the following typewritten date;

Dated: January 14, 2005,

                                              Respectfully Submitted,

CC: Filed.

                                          Mr. Dennis Ragucci Pro-Se
                                          M.C.I. Concord W#67598
                                          Post Office Box #9106
                                          Concord, Massachusetts 01464