Mr. Dennis Ragucci
M.C.I. Shirley Medium W#67598
Post Office Box #1218
Shirley, Massachusetts 01464

William L. Ruane Clerk,
UNITED STATES DISTRICT COURT
District Of Massachusetts
1, Courthouse Way Suite 2300
Boston, Massachusetts 02210

Dated: April 6, 2005

05 - 10773 EFH

RE: <u>RAGUCCI -Vs- PEPE, (Second Request)</u>

Dear Mr. Ruane:

    Enclosed please find the following documents accordingly;
1.) Cover Letter to this Court From me Dated:
2.) Application For Habeas Corpus
3.) Certificate Of Service

    Please be advised, I have not received any information in regards to these enclosed documents, I would like to stress that I was told my time is almost up to file this Federal habe otherwise I could be time-barred forever. Do I need to file anything else such as: Filing fee[s] or Memorandum Of Law, anything ?

    To Be frank, it has been (432) Four Hundred and Thirty Two Days and by this Courts own Rules, I only have (455) Four Hundred and Fifty Five Days left, to file this in your Court, I can only hope you or your Office can see my dilemma ?? All I will say is in a week from my deadline I will have my family come by this Court house with a complete copy of this Document to make sure its filed.

    I will therefoe await your reply patiently.

<u>THANK YOU FOR YOUR COMPLETE COOPERATION IN ADVANCE</u>

Sincerely Yours,

CC: Filed.

Dennis Ragucci Pro-Se

Mr. Dennis Ragucci, Pro Se
M.C.I. Concord W#67598
Post Office Box #9106
Concord, Massachusetts 01742

Dated: January /14, 2005,

Tony Anastas, Clerk
UNITED STATES DISTRICT COURT
District Of Massachusetts
1, Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: RAGUCCI -Vs- PEPE,    05-10773 EFH

Dear Mr. Anastas:

    Enclosed please find the following document[s] accordingly;
1.) APPLICATION FOR HABEAS CORPUS
2.) CERTIFICATE OF SERVICE

    Please take note, I am pro-se and clearly not fully aware of all this Court Rules, if, I need to file anything else please inform me at once. I will therefore await your reply patiently.


[THANK YOU FOR YOUR COMPLETE ATTENTION IN THIS MATTER]


Sincerely Yours,

CC: Filed.

Dennis Ragucci