UNITED STATES DISTRICT COURT

District Of Massachusetts

Suffolk County,                                    C.A. #2005-10773-EFH,


DENNIS RAGUCCI

Petitioner


-Vs-


MICHAEL THOMPSON

Respondent


## PETITIONER'S MOTION TO AMEND

Now comes the Petitioner, Dennis Ragucci who is proceeding in forma pauperis or requesting to proceed in that manner and would ask respectfully that this Court **AMEND** the issue regarding ineffective assistance of appellate counsel if necessary.

In the interest of fundamental fairness, the Petitioner must be allowed the opportunity to fully exhaust this claim and **AMEND** the claim of ineffective assistance of appellate counsel to **RAGUCCI -Vs- THOMPSON, C.A. No. 2005-10773-EFH.**

WHEREFORE, the Petitioner would pray this allegation is amended in good faith.


Dated: May 1, 2005,                        Respectfully Submitted,



CC: Filed.                                 _____
                                           Mr. Dennis Ragucci Pro-Se
                                           M.C.I. Shirley Medium W#67598
                                           Shirley, Ma 01464-1218