UNITED STATES DISTRICT COURT
District Of Massachusetts

Suffolk County,                                    C.A. #2005-10773-EFH

DENNIS RAGUCCI
        Petitioner

-Vs-

MICHAEL THOMPSON
        Respondent

## PETITIONER'S MOTION FOR RECONSIDERATION

Now comes the Petitioner, Dennis Ragucci who is proceeding in forma pauperis or requesting to proceed in that manner and would ask respectfully that this Court see exhibit one, the cover letter to Tony Anastas, the Clerk of the United States District Court, Dated: January 14, 2005, the Petitioner at that time was located in Concord State Prison after being removed from Bay State which is located in Norfolk Massachusetts.

The Petitioner asserts due to a conflict with staff he was moved to Concord until finally arriving at M.C.I. Shirley medium but, before Mr. Ragucci moved out of Concord he sent by first class mail a original document to this Honorable Court on or about the 14Th day of January 2005, [PETITIONER'S REQUEST FOR HABEAS CORPUS].

WHETHER, the Petition was lost or removed on purpose is out of the Petitioner's control and must be considered with great caution considering in April of 1998, Judge Young rendered his decision in

GONZALEZ -Vs- UNITED STATES, 2 F.Supp2d 155, (D. Mass 1998)

[ 1 Of 2 ]

Reiterating to the ' mail-box rule ' and the importance of ... **beyond the petitioner's control** ... More importantly, other States have recognized this as a fundamental practice, See;

**FERNANDEZ -Vs- ARTUZ, 402 F.3d 111, 114 (2nd Cir 2005)**

Adopting the Ninth Circuit terminology in **FERNANDEZ** which applies the prison 'mail-box rule' to determine when a State Petition is **"properly filed"** for AEDPA tolling purposes: The Ninth Circuit [have] squarely held that the mail-box rule applies with equal force to the filing of State as well as Federal petitions because '[a]t both times, the conditions that led to the adoption of the mail-box rule are present; the prisoner is powerless and unable to control the time of delivery of documents to the Court. See;

**ANTHONY -Vs- CAMBRA, 236 F.3d 568, 575 (9Th Cir 2000)**

WHEREFORE, in the interest of fundamental fairness and the benefit of doubt that Mr. Ragucci had sent the Petition for Habeas Corpus on or about January 14Th 2005,. Therefore, in accordance with those principles stated herein, the Petitioner would ask that his Petition be considered timely due to the circumstances put forth in this Motion For Reconsideration.

Dated: April 1, 2005,                                    Respectfully Submitted,

CC: Filed.                                               _____
                                                         Mr. Dennis Ragucci Pro-Se
                                                         M.C.I. Shirley Medium W#67598
                                                         Shirley, Ma 01464-1218

[ 2 Of 2 ]

Mr. Dennis Ragucci, Pro-Se
M.C.I. Concord W#67598
Post Office Box #9106
Concord, Massachusetts 01742

Dated: January 14, 2005,

Tony Anastas, Clerk
UNITED STATES DISTRICT COURT
District Of Massachusetts
1, Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: RAGUCCI -Vs- PEPE,

Dear Mr. Anastas:

    Enclosed please find the following document[s] accordingly;
1.) APPLICATION FOR HABEAS CORPUS
2.) CERTIFICATE OF SERVICE
    Please take note, I am pro-se and clearly not fully aware of all this Court Rules, if, I need to file anything else please inform me at once. I will therefore await your reply patiently.


[THANK YOU FOR YOUR COMPLETE ATTENTION IN THIS MATTER]


Sincerely Yours,

CC: Filed.

_____
Dennis Ragucci