# UNITED STATES DISTRICT COURT

District of  Massachusetts

Dennis Ragucci
Plaintiff

V.

Michael Thompson
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____Dennis Ragucci_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Shirley Medium Prison, P.O. Box #1218

   Are you employed at the institution? No____  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☐ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Petitioner's family sends money to him.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

4-27-05
Date
April 27, 2005,

Signature of Applicant
Mr. Dennis Ragucci

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050429 09:51

Page: 1

| Commit# : | W67598 | MCI SHIRLEY (MEDIUM) |
| --- | --- | --- |
| Name : | RAGUCCI, DENNIS, , | Statement From 20041027 |
| Inst : | MCI SHIRLEY (MEDIUM) | To 20050427 |
| Block : | F-2 | |
| Cell/Bed : | 8 /8T | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $5,323.49 | $5,323.49 | $618.79 | $314.33 |
| 20041028 09:20 | ML - Mail | 3583294 | | BAY | ~KELLY, DIANE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041102 22:30 | CN - Canteen | 3601576 | | BAY | ~Canteen Date : 20041102 | $0.00 | $19.90 | $0.00 | $0.00 |
| 20041104 10:25 | ML - Mail | 3618320 | | BAY | ~RAGUCCI, ANTHONY, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041104 10:25 | MA - Maintenance and Administration | 3618321 | | BAY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041104 14:18 | IC - Transfer from Inmate to Club A/c | 3618945 | | BAY | ~D-BOARD HEARING TAPE~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $3.50 | $0.00 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3638910 | | BAY | ~Canteen Date : 20041109 | $0.00 | $35.53 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645044 | | BAY | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645045 | | BAY | | $0.00 | $0.00 | $0.63 | $0.00 |
| 20041111 23:00 | TI - Transfer from Institution | 3670722 | | BAY | | $0.00 | $0.11 | $0.00 | $0.00 |
| 20041111 23:00 | TI - Transfer from Institution | 3670723 | | CON | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20041111 23:00 | TI - Transfer from Institution | 3670725 | | CON | | $0.00 | $0.00 | $305.09 | $0.00 |
| 20041111 23:00 | TI - Transfer from Institution | 3670724 | | BAY | | $0.00 | $0.00 | $0.00 | $305.09 |
| 20041119 08:04 | ML - Mail | 3702090 | | CON | ~KELLY, DIANE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041122 22:30 | CN - Canteen | 3711534 | | CON | ~Canteen Date : 20041122 | $0.00 | $0.09 | $0.00 | $0.00 |
| 20041126 08:13 | ML - Mail | 3731126 | | CON | ~KELLY, DIANE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041126 08:26 | ML - Mail | 3731187 | | CON | ~CARR, MARGARET, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041129 10:02 | ML - Mail | 3733829 | | CON | | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3737395 | | CON | ~Canteen Date : 20041129 | $0.00 | $43.57 | $0.00 | $0.00 |
| 20041130 08:04 | IC - Transfer from Inmate to Club A/c | 3738867 | | CON | ~k.o.p. lock~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041206 08:44 | CI - Transfer from Club to Inmate A/c | 3767331 | | CON | ~BAYSTATE VENDING CARD REFUND~W67598 RAGUCCI,DENNIS PERSONAL~KCN WASH ACCOUNT - Z5 | $0.80 | $0.00 | $0.00 | $0.00 |
| 20041206 08:44 | CI - Transfer from Club to Inmate A/c | 3767340 | | CON | ~BAYSTATE CANTEEN REFUND~W67598 RAGUCCI,DENNIS PERSONAL~KCN WASH ACCOUNT - Z5 | $35.53 | $0.00 | $0.00 | $0.00 |
| 20041206 09:01 | ML - Mail | 3767460 | | CON | | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041206 09:01 | MA - Maintenance and Administration | 3767461 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3771983 | | CON | ~Canteen Date : 20041206 | $0.00 | $68.78 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778153 | | CON | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778154 | | CON | | $0.00 | $0.00 | $0.68 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050429 09:51

| | | | | |
|---|---|---|---|---|
| Commit#: | W67598 | MCI SHIRLEY (MEDIUM) | | Page: 2 |
| Name: | RAGUCCI, DENNIS,, | Statement From | 20041027 | |
| Inst: | MCI SHIRLEY (MEDIUM) | To | 20050427 | |
| Block: | F-2 | | | |
| Cell/Bed: | 8 /8T | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041210 15:43 | IC - Transfer from Inmate to Club A/c | 3815944 | | CON | ~contraband~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $6.40 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3821595 | | CON | ~Canteen Date : 20041213 | $0.00 | $68.07 | $0.00 | $0.00 |
| 20041220 12:38 | ML - Mail | 3855149 | | CON | ~CARR, MARGARET,, | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3857955 | | CON | ~Canteen Date : 20041220 | $0.00 | $23.48 | $0.00 | $0.00 |
| 20041223 08:54 | ML - Mail | 3879368 | | CON | | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041223 08:54 | ML - Mail | 3879374 | | CON | ~KELLY, DIANE,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041223 08:55 | ML - Mail | 3879375 | | CON | ~KELLY, DIANE,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3889832 | | CON | ~Canteen Date : 20041227 | $0.00 | $69.48 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921962 | | CON | ~Canteen Date : 20050103 | $0.00 | $69.96 | $0.00 | $0.00 |
| 20050104 08:21 | ML - Mail | 3922700 | | CON | | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050104 08:21 | MA - Maintenance and Administration | 3922701 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3939790 | | CON | ~20041219 To 20041225 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3939798 | | CON | ~20041219 To 20041225~Corrected Payroll 20041212 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3939799 | | CON | ~20041219 To 20041225~Corrected Payroll 20041212 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3939791 | | CON | ~20041219 To 20041225 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050113 17:06 | IS - Interest | 3979313 | | CON | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3979314 | | CON | | $0.00 | $0.00 | $0.78 | $0.00 |
| 20050118 08:35 | IC - Transfer from Inmate to Club A/c | 4002178 | | CON | ~CHARGE FOR INCORRECT ZIP CODE~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050201 12:12 | IC - Transfer from Inmate to Club A/c | 4065246 | | CON | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108472 | | CON | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108473 | | CON | | $0.00 | $0.00 | $0.85 | $0.00 |
| 20050216 09:02 | ML - Mail | 4153522 | | CON | ~DEBBIE RAGUCCI | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050216 09:02 | MA - Maintenance and Administration | 4153523 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050216 23:07 | PY - Payroll | 4162231 | | CON | ~20050130 To 20050205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:07 | PY - Payroll | 4162232 | | CON | ~20050130 To 20050205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175532 | | CON | ~Canteen Date : 20050221 | $0.00 | $49.88 | $0.00 | $0.00 |
| 20050223 08:15 | ML - Mail | 4182147 | | CON | ~CARR, MARGARET,, | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050223 23:06 | PY - Payroll | 4191103 | | CON | ~20050206 To 20050212 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050223 23:06 | PY - Payroll | 4191104 | | CON | ~20050206 To 20050212 | $0.00 | $0.00 | $2.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050429 09:51

| | | | | Page: 3 |
|---|---|---|---|---|
| Commit# : | W67598 | | MCI SHIRLEY (MEDIUM) | |
| Name : | RAGUCCI, DENNIS, , | Statement From | 20041027 | |
| Inst : | MCI SHIRLEY (MEDIUM) | To | 20050427 | |
| Block : | F-2 | | | |
| Cell/Bed : | 8 /8T | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050228 22:30 | CN - Canteen | 4206291 | | CON | ~Canteen Date : 20050228 | $0.00 | $48.19 | $0.00 | $0.00 |
| 20050301 08:21 | ML - Mail | 4206757 | | CON | ~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050301 08:21 | MA - Maintenance and Administration | 4206758 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4222797 | | CON | ~20050213 To 20050219 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4222798 | | CON | ~20050213 To 20050219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050307 09:47 | ML - Mail | 4237497 | | CON | ~KELLY, DIANE,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4242018 | | CON | ~Canteen Date : 20050307 | $0.00 | $49.01 | $0.00 | $0.00 |
| 20050309 23:06 | PY - Payroll | 4257970 | | CON | ~20050220 To 20050226 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050309 23:06 | PY - Payroll | 4257971 | | CON | ~20050220 To 20050226 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4274566 | | CON | ~Canteen Date : 20050314 | $0.00 | $33.25 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279630 | | CON | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279631 | | CON | | $0.00 | $0.00 | $0.87 | $0.00 |
| 20050316 23:07 | PY - Payroll | 4305404 | | CON | ~20050227 To 20050305 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050316 23:07 | PY - Payroll | 4305405 | | CON | ~20050227 To 20050305 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4322400 | | CON | ~Canteen Date : 20050321 | $0.00 | $2.75 | $0.00 | $0.00 |
| 20050323 09:05 | ML - Mail | 4328888 | | CON | ~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050323 23:05 | PY - Payroll | 4337245 | | CON | ~20050306 To 20050312 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050323 23:05 | PY - Payroll | 4337246 | | CON | ~20050306 To 20050312 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4353845 | | CON | ~Canteen Date : 20050328 | $0.00 | $27.51 | $0.00 | $0.00 |
| 20050329 08:09 | ML - Mail | 4354738 | | CON | ~KELLY, DIANE,, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050329 08:37 | ML - Mail | 4355383 | | CON | ~CARR, MARGARET,, | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050330 08:13 | IC - Transfer from Inmate to Club A/c | 4359745 | | CON | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050331 08:15 | PY - Payroll | 4371396 | | CON | ~20050313 To 20050319 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050331 08:15 | PY - Payroll | 4371397 | | CON | ~20050313 To 20050319 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050404 10:18 | ML - Mail | 4383541 | | CON | ~KELLY, DIANE,, | $35.00 | $0.00 | $0.00 | $0.00 |
| 20050404 10:18 | MA - Maintenance and Administration | 4383543 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4388557 | | CON | ~Canteen Date : 20050404 | $0.00 | $31.04 | $0.00 | $0.00 |
| 20050405 15:49 | TI - Transfer from Institution | 4392514 | | CON | | $0.00 | $34.06 | $0.00 | $0.00 |
| 20050405 15:49 | TI - Transfer from Institution | 4392516 | | CON | | $0.00 | $0.00 | $0.00 | $330.77 |
| 20050405 15:49 | TI - Transfer from Institution | 4392515 | | SHI | | $34.06 | $0.00 | $0.00 | $0.00 |
| 20050405 15:49 | TI - Transfer from Institution | 4392517 | | SHI | | $0.00 | $0.00 | $330.77 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050429 09:51

| | | | | | Page: 4 |
|---|---|---|---|---|---|
| Commit#: | W67598 | | MCI SHIRLEY (MEDIUM) | | |
| Name: | RAGUCCI, DENNIS,, | | Statement From | 20041027 | |
| Inst: | MCI SHIRLEY (MEDIUM) | | To | 20050427 | |
| Block: | F-2 | | | | |
| Cell/Bed: | 8/8T | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050406 10:37 | SE - Sentence Fees | 4397510 | 48339 | SHI | ~Docket #98-10784-001~SUFFOLK SUPERIOR COURT | $0.00 | $150.00 | $0.00 | $0.00 |
| 20050406 10:37 | SE - Sentence Fees | 4397511 | 48338 | SHI | ~Docket #98-10784-001~SUFFOLK SUPERIOR COURT | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050406 10:37 | AT - Account Transfer | 4397509 | | SHI | ~COURT FEES~W67598 RAGUCCI,DENNIS PERSONAL | $175.94 | $0.00 | $0.00 | $175.94 |
| 20050406 23:08 | PY - Payroll | 4408859 | | CON | ~20050320 To 20050326 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408860 | | CON | ~Associate Receipt Number is 4408859 | $0.00 | $2.50 | $0.00 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408861 | | SHI | ~Associate Receipt Number is 4408859 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:08 | PY - Payroll | 4408864 | | CON | ~20050320 To 20050326 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408863 | | SHI | ~Associate Receipt Number is 4408859 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408862 | | CON | ~Associate Receipt Number is 4408859 | $0.00 | $0.00 | $0.00 | $2.50 |
| 20050407 08:42 | ML - Mail | 4409695 | | SHI | ~POSTAL# 07537017780~RAGUCCI, ANTHONY,, | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419650 | | SHI | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419651 | | SHI | | $0.00 | $0.00 | $1.07 | $0.00 |
| 20050412 08:00 | ML - Mail | 4441478 | | SHI | ~WU# 08245961216~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050412 22:30 | CN - Canteen | 4444977 | | SHI | ~Canteen Date : 20050412 | $0.00 | $40.49 | $0.00 | $0.00 |
| 20050413 07:46 | ML - Mail | 4446844 | 44599 | SHI | ~CONCORD CANTEEN REFUND 4/4/05 | $31.04 | $0.00 | $0.00 | $0.00 |
| 20050413 23:07 | PY - Payroll | 4459665 | | CON | ~20050327 To 20050402 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:07 | PY - Payroll | 4459670 | | CON | ~20050327 To 20050402 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050413 23:07 | TI - Transfer from Institution | 4459669 | | SHI | ~Associate Receipt Number is 4459665 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050413 23:07 | TI - Transfer from Institution | 4459668 | | CON | ~Associate Receipt Number is 4459665 | $0.00 | $0.00 | $0.00 | $2.50 |
| 20050413 23:07 | TI - Transfer from Institution | 4459666 | | CON | ~Associate Receipt Number is 4459665 | $0.00 | $2.50 | $0.00 | $0.00 |
| 20050413 23:07 | TI - Transfer from Institution | 4459667 | | SHI | ~Associate Receipt Number is 4459665 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050419 22:30 | CN - Canteen | 4477603 | | SHI | ~Canteen Date : 20050419 | $0.00 | $49.26 | $0.00 | $0.00 |
| 20050420 08:13 | ML - Mail | 4479572 | | SHI | ~TRAV EXP# 45826947793~CUTLER, SCOTT,, | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050425 09:06 | ML - Mail | 4499771 | | SHI | ~POSTAL# 07537030233~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050426 22:30 | CN - Canteen | 4508144 | | SHI | ~Canteen Date : 20050426 | $0.00 | $47.39 | $0.00 | $0.00 |
| 20050427 08:50 | ML - Mail | 4509435 | | SHI | ~W U 08-258921746 ~KELLY, DIANE,, | $25.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,170.85 | $1,056.87 | $673.24 | $816.80 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $113.98 | $160.90 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050429 09:51

| | | | | Page: 5 |
|---|---|---|---|---|
| Commit# : | W67598 | | MCI SHIRLEY (MEDIUM) | |
| Name : | RAGUCCI, DENNIS, , | Statement From | 20041027 | |
| Inst : | MCI SHIRLEY (MEDIUM) | To | 20050427 | |
| Block : | F-2 | | | |
| Cell/Bed : | 8 /8T | | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $113.98 | $160.90 | $0.00 | $0.00 | $0.00 | $0.00 |

To the best of my knowledge the information in this report is true and accurate.

Signed: _Pat Hannula_
Title: _Fiscal Officer_
Date: _4-29-05_

## CERTIFICATE OF SERVICE

I hereby certify that I, Dennis Ragucci sent by first class mail a complete copy of the foregoing Motions as indicated on the cover letter to: William Ruane, the United States District Court Clerk, to;

        Daniel F. Conley
        District Attorney
        One Bulfinch Place
        Boston, Ma 02114

On the date typewritten below;

Dated: May 1, 2005,

CC: Filed.
    William L. Ruane,

                              Respectfully Submitted,

                              _____
                              Mr. Dennis Ragucci Pro-Se
                              M.C.I. Shirley Medium W#67598
                              Shirley, Ma 01464-1218