COMMONWEALTH OF MASSACHUSETTS
Superior Court Department

Suffolk, SS.                                    Docket Nos: 1998-10784
                                                            1998-11330

COMMONWEALTH OF MASSACHUSETTS
                    Plaintiff

-Vs-

MR. DENNIS RAGUCCI
                    Defendant

### DEFENDANT'S MOTION FOR THE APPOINTMENT OF APPELLATE COUNSEL HERETO

   Now comes the Defendant, Mr. Dennis Ragucci who is now proceeding in forma pauperis, pro-se and would respectfully request that this Honorable Court to either: investigate or appointment counsel to these allegations of Constitutional error. Its very likely that this Court will not hold any type of hearing unless appropriate Appellate Counsel is part of this particular argument.

   In order for these claims to be heard and/or articulated in a fashion that this Court is accustomed to. Moreover, the Defendant is unable to investigate these claims in a proper manner without Counsel at the helm. The Defendant is lacking in formal education which is needed to research and/or present these claims properly.

   More importantly, this Defendant is confined within the State Correctional Facility located at Shirley Massachusetts. WHEREFORE, he is 'INDIGENT' due to this recent confinement and clearly without the proper means and/or funds to hire his own Attorney.

   THEREFORE, in the interest of fundamental fairness Appellate Counsel must be appointed in the case at bar without further ado.

                                        Respectfully Submitted,

Dated: May 1, 2005,

                                        COPY
                                        _____
CC: Filed.                              Mr. Dennis Ragucci Pro-Se
                                        M.C.I. Shirley Medium W#67598
                                        Shirley, Ma 01464-1218

6-1-05
Motion denied
Edward F. Harrington, S.D.J.