## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENNIS RAGUCCI,
                Petitioner

         v.                       CIVIL ACTION NO.:
                                        05-10773-EFH

MICHAEL A. THOMPSON,
                Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

June 1, 2005

HARRINGTON, S.D.J.

    Upon review of the record, the Court rules as follows:

1.    Petitioner's Motion to Amend is denied. Petitioner has failed to comply with Conclusion (1) of the Court's Order of April 22, 2005;

2.    Petitioner's Motion for Reconsideration is denied. Petitioner has failed to comply with Conclusion (1) of the Court's Order of April 22, 2005;

3.    Petitioner's Motion to Stay Proceedings is denied; and

4.    Petitioner's Motion for Appointment of Appellate Counsel Hereto is denied.

SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge