UNITED STATES DISTRICT COURT
District Of Massachusetts

C.A. #2005-10773-EFH,

DENNIS RAGUCCI
Petitioner

-Vs-

MICHAEL THOMPSON
Respondent

## REQUESTING FOR A CERTIFICATE OF APPEALABILITY BE ISSUED

Now comes the Petitioner, Mr. Dennis Ragucci who is pro-se and would ask respectfully that this Court allow the following issues to be heard in the supervising Court;

1.) INEFFECTIVE ASSISTANCE OF COUNSEL, TRIAL COUNSEL'S FAILURE TO FILE CRITICAL MOTION TO SUPPRESS

2.) CONTRARY TO FEDERAL CONSTITUTIONAL LAW, MISCARRIAGE OF JUSTICE, FAILURE TO DISCUSS FEDERAL CLAIMS OF ERROR, UNREASONABLE APPLICATION OF FACTS WITHIN THIS PARTICULAR CASE

3.) THE MOTION TO AMEND A CLAIM OF APPELLATE COUNSEL WAS INEFFECTIVE FOR FAILING TO RAISE THE ISSUE PERTAINING TO TRIAL COUNSEL'S FAILURE TO FILE A MOTION TO SUPPRESS EVIDENCE

4.) THE MOTION TO STAY PROCEEDINGS WAS PERTAINING TO THE RECENT MOTION TO APPOINT APPELLATE COUNSEL IN THE SUFFOLK COUNTY SUPERIOR COURT, WHICH RELATES TO THE ISSUES PRESENTED IN ARGUMENT (1) (2) (3) OF THIS SAID MOTION

5.) THE MOTION TO APPOINT COUNSEL IN THE UNITED STATES DISTRICT COURT, APPARENTLY THE MOTION JUDGE IS UNAWARE THAT NO SUCH MOTION WAS FILED IN BEHALF OF MR. RAGUCCI IN THE FEDERAL DISTRICT COURT, ONLY IN THE SUFFOLK SUPERIOR COURT DEPARTMENT

6.) THE MOTION FOR RECONSIDERATION AND APPARENTLY THE REASON FOR THIS COURTS DENIAL, THE MOTION ITSELF WAS <u>CLEAR AND PRECISE</u> AND FOR THIS COURT TO DENY IT ON THE BASIS THAT THE PETITIONER DID NOT COMPLY WITH COCLUSION (1) IS LUDICROUS AND CLEARLY AN ABUSE OF DISCRETION IN PART OF THE DECISION MAKER IN THIS PARTICULAR MOTION.

7.) THE DISTRICT COURT JUDGE ABUSED HIS DISCRETION IN FAILING TO ANSWER EACH CLAIM APPROPRIATELY OR NOT PROVIDING AN ADEQUATE AND/OR PRECISE ANSWER THROUGH FEDERAL LAW

8.) THE DENIAL OF ALL SAID MOTIONS FILED ON JUNE 1, 2005, WAS A CLEAR ABUSE OF DISCRETION CREATING A SUBSTANTIVE ERROR IN PART OF THE MOTION JUDGE, A SUBSTANTIAL RISK OF MISCARRIAGE OF JUSTICE TRANSPIRED DENYING THE PETITIONER OF SEVERAL CONSTITUTIONAL GROUNDS OF RELIEF REQUIRING IMMEDIATE ATTENTION FROM THE SUPERVISING COURT OF APPEALS

In accordance with FLAP, with the first circuit Rule #22.1 this Petitioner would ask this Honorable Court to Certify these issues as the Constitution requires when a petitioner is denied a Constitutional Right.

Dated: June 7, 2005,

Respectfully Submitted,

_____
Mr. Dennis Ragucci pro-se
M.C.I. Shirley Medium W#67598
Post Office Box #1218
Shirley, Massachusetts 01464

CC: Filed.
    Daniel F. Conley