UNITED STATES DISTRICT COURT
District Of Massachusetts

C.A. #2005-10773-EFH,

DENNIS RAGUCCI
Petitioner

-Vs-

MICHAEL THOMPSON
Respondent

PETITIONER'S NOTICE OF APPEAL

Now comes the Petitioner, Mr. Dennis Ragucci who is pro-se and would respectfully request that this Court pursuant to;

FEDERAL RULES OF APPELLATE PROCEDURES, RULE (4)

As to the ruling submitted by this Court on June 1, 2005, ORDER dismissing the petition under Conclusion (1) 28 U.S.C. §2244 HARRINGTON, S.D.J.

Respectfully Submitted,

Dated: June 7, 2005,

CC: Filed.
    Daniel F. Conley

_____
Mr. Dennis Ragucci, pro-se
M.C.I. Shirley Medium W#67598
Post Office Box #1218
Shirley, Massachusetts 01464

## CERTIFICATE OF SERVICE

I hereby certify that I, Mr. Dennis Ragucci who is pro-se sent by institutional mail (First Class Mail) a complete copy of the foregoing motions forementioned in the cover letter addressed to William L. Ruane Clerk, Dated: June 7, 2005, was forwarded to;

DANIEL F. CONLEY
DISTRICT ATTORNEY
ONE BULFINCH PLACE
BOSTON, MA 02114

On the following dated typewritten below;

Dated: June 7, 2005,                          Respectfully Submitted,


                                              _____
                                              Mr. Dennis Ragucci pro-se
CC: Filed.                                    M.C.I. Shirley Medium W#67598
                                              Shirley, Ma 01464-1218
    William L. Ruane