# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * *

DENNIS RAGUCCI,
              Petitioner

           v.                      CIVIL ACTION NO.:
                                        05-10773-EFH

MICHAEL A. THOMPSON,
              Respondent.

* * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

June 16, 2005

HARRINGTON, S.D.J.

      The Court denies Petitioner Ragucci's "Requesting for a Certificate of Appealability be Issued."

      On April 22, 2005, the Court issued the following Order:

(1) Within forty-two (42) days of the date this order, Ragucci shall show cause as to why the Court should not find that his petition was filed after expiration of the one-year filing period described in 28 U.S.C. § 2244(d);

On June 1, 2005, the Court, upon review of the record, denied Petitioner's Motion to Amend for his failure to comply with Conclusion (1) of the Court's Order of April 22, 2005. The Court, thus, denies Petitioner's "Requesting for a Certificate of Appealability be Issued" for his failure to comply with the Court's Order of April 22, 2005.

      SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge