# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10773

Dennis Ragucci

v.

Michael A. Thompson

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 16, 2005.

Sarah A. Thornton, Clerk of Court

By: _/s/ Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/20/05 .

_/s/ Barchard_
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10773-EFH

Ragucci v. Thompson
Assigned to: Judge Edward F. Harrington
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/11/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Dennis Ragucci**                  represented by   **Dennis Ragucci**
                                                     W-67598
                                                     MCI Shirley-Medium
                                                     PO Box 1218
                                                     Shirley, MA 01464
                                                     PRO SE

V.

**Respondent**

**Superintendent Michael A. Thompson**
*Superintendent*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2005 |  | Case received for filing without payment of the filing fee or submission of an application to waive the filing (Jenness, Susan) (Entered: 04/18/2005) |
| 04/11/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 0.00, receipt number 0.00, filed by Dennis |

| | | |
|---|---|---|
| | | Ragucci.(Jenness, Susan) (Entered: 04/18/2005) |
| 04/11/2005 | 2 | Coverletter indicating that the case had been previously submitted although Court has no record of receipt or of previous filing. (Jenness, Susan) Modified on 5/27/2005 (Jenness, Susan). (Entered: 04/18/2005) |
| 04/22/2005 | 3 | Judge Edward F. Harrington : ORDER entered. ORDER TO SHOW CAUSE Show Cause Response due by 6/3/2005. For the reasons set forth in the accompanying order, the Court issues the following orders: (1) Within forty-two (42) days of the date this order, Ragucci shall show cause as to why the Court should not find that his petition was filed after expiration of the one-year filing period described in 28 U.S.C. s 2244(d); (2) Ragucci is directed to either pay the $5.00 filing fee or submit an application to proceed without prepayment of the filing fee with a certified prison account statement within forty-two (42) days of the date of this order or this action shall be dismissed without prejudice; and (3) the Clerk shall correct the case caption to reflect that Michael A. Thompson is the respondent in this action.(McGlamery, Jeanette) Additional attachment(s) added on 4/25/2005 (McGlamery, Jeanette). (Entered: 04/25/2005) |
| 05/06/2005 | | Filing fee: $ 5.00, receipt number 64005 regarding 2254 (Holahan, Sandra) (Entered: 05/16/2005) |
| 05/09/2005 | 4 | MOTION to Amend by Dennis Ragucci.(Holahan, Sandra) (Entered: 05/12/2005) |
| 05/09/2005 | 5 | MOTION for Reconsideration by Dennis Ragucci. (Holahan, Sandra) (Entered: 05/12/2005) |
| 05/09/2005 | 6 | MOTION to Stay Proceedings by Dennis Ragucci. (Holahan, Sandra) (Entered: 05/12/2005) |
| 05/09/2005 | 7 | MOTION for Leave to Proceed in forma pauperis by Dennis Ragucci.(Holahan, Sandra) (Entered: |

| | | |
|---|---|---|
| | | 05/12/2005) |
| 05/09/2005 | 9 | MOTION to Appoint Appellate Counsel by Dennis Ragucci.(Holahan, Sandra) (Entered: 06/06/2005) |
| 05/09/2005 | 10 | MEMORANDUM in Support re 9 MOTION to Appoint Counsel filed by Dennis Ragucci. (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/01/2005 | 11 | Judge Edward F. Harrington : ORDER entered denying 4 Motion to Amend, denying 5 Motion for Reconsideration, denying 6 Motion to Stay, denying 9 Motion to Appoint Counsel (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/02/2005 | 8 | Judge Edward F. Harrington : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/07/2005 | | Civil Case Terminated. (Holahan, Sandra) (Entered: 06/07/2005) |
| 06/10/2005 | 12 | MOTION for Certificate of Appealability by Dennis Ragucci.(Holahan, Sandra) (Entered: 06/15/2005) |
| 06/10/2005 | 13 | NOTICE OF APPEAL by Dennis Ragucci. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/30/2005. (Holahan, Sandra) (Entered: 06/15/2005) |
| 06/16/2005 | 14 | Judge Edward F. Harrington : ORDER entered denying 12 Motion for Certificate of Appealability. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/16/2005) |