UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS RAGUCCI )<br>  Petitioner, )<br>         v. )<br>MICHAEL A. THOMPSON, )<br>  Respondent. )<br> ) | CIVIL ACTION<br>NO. 05-10773-EFH |

MOTION TO ENLARGE THE TIME
FOR FILING AN ANSWER

      The respondent, Michael A. Thompson, Superintendent of MCI Shirley-Medium, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to August 29, 2005.  As grounds therefor, the respondent's attorney states:

      1.  Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

      2.  To this end, the respondent's attorney ordered the record of the petitioner's state court proceedings from the Suffolk County District Attorney's office.  Additional time will be needed to review these documents which have just arrived, to research relevant issues and to draft an appropriate response to the petition.

      3.  In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than thirty-five federal habeas corpus petitions as well

2

as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters.  During the next several weeks the respondent's attorney will be researching and drafting an appellate brief for submission in the United States Court of Appeals for the First Circuit, *Fielding v. Massachusetts Judiciary*, First Circuit No. 05-1317, as well as filing a memorandum on the merits and answers in two cases, i.e., a federal habeas petition and civil rights complaint.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to August 29, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
 BBO No. 037060

3

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the above documents was served upon the petitioner pro se at the address below on June 27, 2005, by first class mail, postage prepaid.

**Dennis Ragucci**
**W-67598**
**MCI Shirley Medium**
**PO Box 1218**
**Shirley, MA 01464**

              **/s/ Annette C. Benedetto**
              Annette C. Benedetto
              Assistant Attorney General