UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS RAGUCCI )<br>  Petitioner, )<br>      v. )<br>MICHAEL A. THOMPSON, )<br>  Respondent. )<br> ) | CIVIL ACTION<br>NO. 05-10773-EFH |

## WITHDRAWAL OF MOTION

The respondent in the above-captioned petition for writ of habeas corpus herein withdraws his Motion to Enlarge the Time for Filing an Answer or Other Responsive Pleading which was filed June 27, 2005.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　/s/ Annette C. Benedetto
　　　　　　　　　　　　　　　　　　　Annette C. Benedetto
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　(617) 727-2200
　　　　　　　　　　　　　　　　　　　BBO No. 037060

## CERTIFICATE OF SERVICE

_____ I hereby certify that a true copy of the above documents was served upon the petitioner pro se at the address below on June 28, 2005, by first class mail, postage prepaid.

Dennis Ragucci
W-67598
MCI Shirley Medium
PO Box 1218
Shirley, MA 01464

　　　　　　　　　　　　　　　　　　　/s/ Annette C. Benedetto
　　　　　　　　　　　　　　　　　　　Annette C. Benedetto

2

**Assistant Attorney General**

Case 1:05-cv-10773-EFH    Document 17    Filed 06/28/2005    Page 2 of 2