UNITED STATES DISTRICT COURT
District Of Massachusetts

C.A. #2005-10773-EFH,

DENNIS RAGUCCI
Petitioner

-Vs-

MICHAEL THOMPSON
Respondent

## REQUESTING FOR CLARIFICATION

Now comes the Petitioner, Dennis Ragucci who is pro-se and would respectfully request that this Honorable Court clarify its recent ruling on June 16, 2005, it would appear that particular ruling was sketchy at best. The Court further makes reference to the original ORDER dated: April 22, 2005, conclusion (1) One.

In the June 16th ruling it appears that its this Courts clear assumption that this Petitioner's Motion To Amend was to counter April 22, 2005, ruling. In the Petitioner's Defense, the Motion for Reconsideration, See, C.A. #2005-10773-EFH, Paper #5, 5/9/2005, in which the Petitioner's original contention was that on January 14th 2005, Mr. Ragucci dropped his Petition For Habeas Corpus in the institutional mail box at Concord State Prison.

In order to properly file an expanded certificate of a appealability within in the United States Court Of Appeals they must understand the reasoning of this Courts denial. It further appears that this Courts ruling on June 16, 2005, was lacking in findings, particularly, issue(s) one through eight.

"REQUESTING FOR CERTIFICATE OF APPEALABILITY BE ISSUED" its the Petitioner's contention that in order for an adequate record for the United States Appeals Court to review, this Court must state its reasoning behind each issue.

In the interest of fundamental fairness, this Court should give its findings on those claims, otherwise the Petitioner, Dennis Ragucci is paralyzed from further litigation. Moreover, in violation of the 14th amendment of the United States Constitution. Again, for the reasons stated throughout this Motion and/or Request For Clarification this Petitioner, Dennis Ragucci would ask the Court at bar respectfully to address what claims can be heard on appeal and/or review.

Respectfully Submitted,

Dated: June 24, 2005,

_____
Mr. Dennis Ragucci pro-se
M.C.I. Shirley Medium W#67598
Post Office Box  #1218
Shirley, Massachusetts 01464

CC: Filed.
    Daniel F. Conley
    William L. Ruane

### CERTIFICATE OF SERVICE

The Petitioner, Dennis Ragucci hereby certifies that he sent by institutional mail (First Class Mail) a complete copy of the foregoing motion "REQUESTING FOR CLARIFICATION" to; Daniel F. Conley District Attorney, One Bulfinch Place, Boston, Ma 02114, on the dated typewritten below;

Dated: June 24, 2005,

_____
Mr. Dennis Ragucci Pro-Se