*J. Harrington* [signature]



# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-1929
DC No. 05-cv-10773

DENNIS RAGUCCI,
Petitioner - Appellant,

v.

MICHAEL THOMPSON,
Respondent - Appellee.

**ORDER OF COURT**
Entered: September 8, 2005

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:

JULIE GREGG
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[Certified copy to Honorable Edward F. Harrington and Sarah A. Thornton,
cc: Mr. Ragucci, Ms. Benedetto]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 9/8/05

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2005 AUG 30 P 1:49

District Court No. 2005-10773-EFH
Appeal No. 2005-1929

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

DENNIS RAGUCCI
    PLAINTIFF-APPELLANT

v.

MICHAEL THOMPSON
    DEFENDANT-APPELLEE

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: _Dennis Ragucci_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: August 17, 2005 |

My issues on appeal are:
1) Trial counsel's failure to file a motion to suppress
2) Statute of limitations 28 U.S.C. §2244(b)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 40 | $ N/A | $ 40 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ NONE | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ NONE | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 100 | $ N/A | $ 100 | $ N/A |
| Alimony | $ NONE | $ N/A | $ N/A | $ N/A |
| Child support | $ NONE | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ NONE | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ NONE | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ NONE | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ NONE | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ Approximately 100 Dollars | $ N/A | $ (The Same) 100 Dollars | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

*(State Prison (Institution))*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Michael Thompson | Shirley Medium | June 1 2005 | $ 40.00 |
| Peter Pepe | Concord State Prison | January 1 2005 | $ 20.00 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ __N/A__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| | | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| | | | | Make & year: | |
| N/A | | N/A | | Model: N/A | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: | | | | | |
| Model: N/A | | N/A | | N/A | |
| Registration#: | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | NONE | NONE |

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ NONE | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ NONE | $ N/A |
| Home maintenance (repairs and upkeep) | $ NONE | $ N/A |
| Food | $ 25 WEEKLY | $ N/A |
| Clothing | $ 300 ANNUALLY | $ N/A |
| Laundry and dry-cleaning | $ 220 ANNUALLY | $ N/A |
| Medical and dental expenses | $ 3.00 EVERY TIME I AM SEEN | $ N/A |
| Transportation (not including motor vehicle payments) | $ NONE | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ BOSTON PAPER VARIOUS MAGAZINES | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ NONE | $ N/A |
|    Homeowner's or renter's | $ NONE | $ N/A |
|    Life | $ NONE | $ N/A |
|    Health | $ NONE | $ N/A |
|    Motor Vehicle | $ NONE | $ N/A |
|    Other: N/A | $ NONE | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ NONE | $ N/A |
| Installment payments | $ NONE | $ N/A |
|    Motor Vehicle | $ NONE | $ N/A |
|    Credit card (name): N/A | $ NONE | $ N/A |
|    Department store (name): N/A | $ NONE | $ N/A |
|    Other: N/A | $ NONE | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ NONE | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ NONE | $ N/A |
| Other (specify): N/A | $ NONE | $ N/A |
| **Total monthly expenses:** | $ NONE | $ N/A |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No           If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☒ Yes  ☐ No

If yes, how much? $ 42 THOUSAND DOLLARS

If yes, state the attorney's name, address, and telephone number:
JOHN C. McBRIDGE, (ATTORNEY AT LAW)
240, COMMERCIAL STREET SUITE 2B
BOSTON MASSACHUSETTS 02109  #(617)-367-8844

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☐ No

If yes, how much? $ 2,500.00

If yes, state the person's name, address, and telephone number:
PETER CHARLES HORSTMANN (ATTORNEY AT LAW)
200 BERKELEY STREET 16th FLOOR
BOSTON MASSACHUSETTS 02116  #(617)-859-9999

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
DUE TO MY RECENT CONFINEMENT, I AM UNABLE TO PAY ANY FEES BECAUSE I AM 'INDIGENT'

5

13. State the address of your legal residence.

_____N/A_____

Your daytime phone number: (___) N/A
Your age: N/A          Your years of schooling: N/A

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date: 20050802 10:12

Page: 1

| Commit#: | W67598 | | | MCI SHIRLEY (MEDIUM) | | | | |
| Name: | RAGUCCI, DENNIS, , | | | Statement From | 20050127 | | | |
| Inst: | MCI SHIRLEY (MEDIUM) | | | To | 20050727 | | | |
| Block: | F-2 | | | | | | | |
| Cell/Bed: | 3/3B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $5,840.23 | $5,745.36 | $930.97 | $619.42 |
| 20050201 12:12 | IC - Transfer from Inmate to Club A/c | 4065246 | | CON | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108472 | | CON | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108473 | | CON | | $0.00 | $0.00 | $0.85 | $0.00 |
| 20050216 09:02 | ML - Mail | 4153522 | | CON | ~DEBBIE RAGUCCI | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050216 09:02 | MA - Maintenance and Administration | 4153523 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050216 23:07 | PY - Payroll | 4162231 | | CON | ~20050130 To 20050205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:07 | PY - Payroll | 4162232 | | CON | ~20050130 To 20050205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175532 | | CON | ~Canteen Date: 20050221 | $0.00 | $49.88 | $0.00 | $0.00 |
| 20050223 08:15 | ML - Mail | 4182147 | | CON | ~CARR, MARGARET, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050223 23:06 | PY - Payroll | 4191103 | | CON | ~20050206 To 20050212 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050223 23:06 | PY - Payroll | 4191104 | | CON | ~20050206 To 20050212 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4206291 | | CON | ~Canteen Date: 20050228 | $0.00 | $48.19 | $0.00 | $0.00 |
| 20050301 08:21 | ML - Mail | 4206757 | | CON | ~RAGUCCI, ANTHONY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050301 08:21 | MA - Maintenance and Administration | 4206758 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4222797 | | CON | ~20050213 To 20050219 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4222798 | | CON | ~20050213 To 20050219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050307 09:47 | ML - Mail | 4237497 | | CON | ~KELLY, DIANE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4242018 | | CON | ~Canteen Date: 20050307 | $0.00 | $49.01 | $0.00 | $0.00 |
| 20050309 23:06 | PY - Payroll | 4257970 | | CON | ~20050220 To 20050226 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050309 23:06 | PY - Payroll | 4257971 | | CON | ~20050220 To 20050226 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4274566 | | CON | ~Canteen Date: 20050314 | $0.00 | $33.25 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279630 | | CON | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279631 | | CON | | $0.00 | $0.00 | $0.87 | $0.00 |
| 20050316 23:07 | PY - Payroll | 4305404 | | CON | ~20050227 To 20050305 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050316 23:07 | PY - Payroll | 4305405 | | CON | ~20050227 To 20050305 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4322400 | | CON | ~Canteen Date: 20050321 | $0.00 | $2.75 | $0.00 | $0.00 |
| 20050323 09:05 | ML - Mail | 4328888 | | CON | ~RAGUCCI, ANTHONY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050323 23:05 | PY - Payroll | 4337245 | | CON | ~20050306 To 20050312 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050323 23:05 | PY - Payroll | 4337246 | | CON | ~20050306 To 20050312 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4353845 | | CON | ~Canteen Date: 20050328 | $0.00 | $27.51 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050802 10:12

Commit#: W67598  
Name: RAGUCCI, DENNIS, ,  
Inst: MCI SHIRLEY (MEDIUM)  
Block: F-2  
Cell/Bed: 3/3B  

MCI SHIRLEY (MEDIUM)  
Statement From 20050127  
To 20050727  

Page: 2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050329 08:09 | ML - Mail | 4354738 | | CON | ~KELLY, DIANE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050329 08:37 | ML - Mail | 4355383 | | CON | ~CARR, MARGARET, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050330 08:13 | IC - Transfer from Inmate to Club A/c | 4359745 | | CON | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050331 08:15 | PY - Payroll | 4371396 | | CON | ~20050313 To 20050319 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050331 08:15 | PY - Payroll | 4371397 | | CON | ~20050313 To 20050319 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050404 10:18 | ML - Mail | 4383541 | | CON | ~KELLY, DIANE, , | $35.00 | $0.00 | $0.00 | $0.00 |
| 20050404 10:18 | MA - Maintenance and Administration | 4383543 | | CON | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4388557 | | CON | ~Canteen Date : 20050404 | $0.00 | $31.04 | $0.00 | $0.00 |
| 20050405 15:49 | TI - Transfer from Institution | 4392514 | | CON | | $0.00 | $34.06 | $0.00 | $0.00 |
| 20050405 15:49 | TI - Transfer from Institution | 4392515 | | SHI | | $34.06 | $0.00 | $0.00 | $0.00 |
| 20050405 15:49 | TI - Transfer from Institution | 4392516 | | CON | | $0.00 | $0.00 | $0.00 | $330.77 |
| 20050405 15:49 | TI - Transfer from Institution | 4392517 | | SHI | | $0.00 | $0.00 | $330.77 | $0.00 |
| 20050406 10:37 | SE - Sentence Fees | 4397510 | 48339 | SHI | ~Docket #98-10784-001~SUFFOLK SUPERIOR COURT | $0.00 | $150.00 | $0.00 | $0.00 |
| 20050406 10:37 | SE - Sentence Fees | 4397511 | 48338 | SHI | ~Docket #98-10784-001~SUFFOLK SUPERIOR COURT | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050406 10:37 | AT - Account Transfer | 4397509 | | SHI | ~COURT FEES~W67598 RAGUCCI,DENNIS   PERSONAL | $175.94 | $0.00 | $0.00 | $175.94 |
| 20050406 23:08 | PY - Payroll | 4408859 | | CON | ~20050320 To 20050326 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408861 | | SHI | ~Associate Receipt Number is 4408859 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408860 | | CON | ~Associate Receipt Number is 4408859 | $0.00 | $2.50 | $0.00 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408862 | | CON | ~Associate Receipt Number is 4408859 | $0.00 | $0.00 | $0.00 | $2.50 |
| 20050406 23:08 | PY - Payroll | 4408864 | | CON | ~20050320 To 20050326 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050406 23:08 | TI - Transfer from Institution | 4408863 | | SHI | ~Associate Receipt Number is 4408859 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050407 08:42 | ML - Mail | 4409695 | | SHI | ~POSTAL# 07537017780~RAGUCCI, ANTHONY, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419650 | | SHI | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419651 | | SHI | | $0.00 | $0.00 | $1.07 | $0.00 |
| 20050412 08:00 | ML - Mail | 4441478 | | SHI | ~WU# 08245961216~RAGUCCI, ANTHONY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050412 22:30 | CN - Canteen | 4444977 | | SHI | ~Canteen Date : 20050412 | $0.00 | $40.49 | $0.00 | $0.00 |
| 20050413 07:46 | ML - Mail | 4446844 | 44599 | SHI | ~CONCORD CANTEEN REFUND 4/4/05 | $31.04 | $0.00 | $0.00 | $0.00 |
| 20050413 23:07 | PY - Payroll | 4459665 | | CON | ~20050327 To 20050402 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:07 | TI - Transfer from Institution | 4459667 | | SHI | ~Associate Receipt Number is 4459665 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:07 | TI - Transfer from Institution | 4459668 | | CON | ~Associate Receipt Number is 4459665 | $0.00 | $0.00 | $0.00 | $2.50 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050802 10:12

Page: 3

| Commit# : | W67598 | | | MCI SHIRLEY (MEDIUM) | | | | |
| Name : | RAGUCCI, DENNIS,, | | | Statement From | 20050127 | | | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | To | 20050727 | | | |
| Block : | F-2 | | | | | | | |
| Cell/Bed : | 3 /3B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050413 23:07 | TI - Transfer from Institution | 4459666 | | CON | ~Associate Receipt Number is 4459665 | $0.00 | $2.50 | $0.00 | $0.00 |
| 20050413 23:07 | TI - Transfer from Institution | 4459669 | | SHI | ~Associate Receipt Number is 4459665 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050413 23:07 | PY - Payroll | 4459670 | | CON | ~20050327 To 20050402 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050419 22:30 | CN - Canteen | 4477603 | | SHI | ~Canteen Date : 20050419 | $0.00 | $49.26 | $0.00 | $0.00 |
| 20050420 08:13 | ML - Mail | 4479572 | | SHI | ~TRAV EXP# 45826947793~CUTLER, SCOTT,, | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050425 09:06 | ML - Mail | 4499771 | | SHI | ~POSTAL# 07537030233~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050426 22:30 | CN - Canteen | 4508144 | | SHI | ~Canteen Date : 20050426 | $0.00 | $47.39 | $0.00 | $0.00 |
| 20050427 08:50 | ML - Mail | 4509435 | | SHI | ~W U 08-258921746 ~KELLY, DIANE,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050503 22:30 | CN - Canteen | 4542526 | | SHI | ~Canteen Date : 20050503 | $0.00 | $49.64 | $0.00 | $0.00 |
| 20050506 12:05 | IC - Transfer from Inmate to Club A/c | 4566556 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050506 12:05 | AT - Account Transfer | 4566555 | | SHI | ~HAIRCUT~W67598 RAGUCCI,DENNIS   PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20050510 22:30 | CN - Canteen | 4580456 | | SHI | ~Canteen Date : 20050510 | $0.00 | $49.72 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586108 | | SHI | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586109 | | SHI | | $0.00 | $0.00 | $0.64 | $0.00 |
| 20050512 09:23 | ML - Mail | 4610670 | | SHI | ~WINCHESTER SAVINGS# 323577686~CARR, MARGARET,, | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050512 09:23 | MA - Maintenance and Administration | 4610672 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050516 08:37 | ML - Mail | 4619985 | | SHI | ~POSTAL# 07537033258~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050517 09:02 | ML - Mail | 4626766 | | SHI | ~W U 08-24596153~RAGUCCI, ANTHONY,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050517 09:02 | ML - Mail | 4626777 | | SHI | ~W U 08-245961552 ~RAGUCCI, ANTHONY,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050517 09:02 | ML - Mail | 4626774 | | SHI | ~W U 08-245961554 ~RAGUCCI, ANTHONY,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050517 09:03 | ML - Mail | 4626780 | | SHI | ~W U 08-245961551 ~RAGUCCI, ANTHONY,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050517 22:30 | CN - Canteen | 4629684 | | SHI | ~Canteen Date : 20050517 | $0.00 | $47.43 | $0.00 | $0.00 |
| 20050519 09:24 | EX - External Disbursement | 4643922 | 48876 | SHI | ~REPAIR COLOR TV~INSTITUTIONAL TELEVISION SERVICES | $0.00 | $65.00 | $0.00 | $0.00 |
| 20050520 08:34 | VI - Visitation | 4648870 | | SHI | ~POSTAL 087012716571 PO 021491 ~GIORDANO, ROBERT,, | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050524 22:30 | CN - Canteen | 4660935 | | SHI | ~Canteen Date : 20050524 | $0.00 | $49.87 | $0.00 | $0.00 |
| 20050531 22:30 | CN - Canteen | 4691184 | | SHI | ~Canteen Date : 20050531 | $0.00 | $46.97 | $0.00 | $0.00 |
| 20050606 09:08 | ML - Mail | 4716936 | | SHI | ~WU# 08285633299~RAGUCCI, ANTHONY,, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050606 09:08 | MA - Maintenance and Administration | 4716938 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050607 22:30 | CN - Canteen | 4728287 | | SHI | ~Canteen Date : 20050607 | $0.00 | $49.71 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050802 10:12

Page: 4

| Commit#: | W67598 | | | MCI SHIRLEY (MEDIUM) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name: | RAGUCCI, DENNIS,, | | | Statement From | 20050127 | | |
| Inst: | MCI SHIRLEY (MEDIUM) | | | To | 20050727 | | |
| Block: | F-2 | | | | | | |
| Cell/Bed: | 3 /3B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20050608 12:59 | IC - Transfer from Inmate to Club A/c | 4732936 | | SHI | ~APPLIANCE ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $24.80 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4748013 | | SHI | | $0.61 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4748014 | | SHI | | $0.00 | $0.00 | $0.61 | $0.00 |
| 20050610 14:15 | IC - Transfer from Inmate to Club A/c | 4767889 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050610 14:15 | AT - Account Transfer | 4767888 | | SHI | ~HAIRCUT~W67598 RAGUCCI,DENNIS   PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20050614 22:30 | CN - Canteen | 4779697 | | SHI | ~Canteen Date : 20050614 | $0.00 | $45.80 | $0.00 | $0.00 |
| 20050615 23:04 | PY - Payroll | 4790962 | | SHI | ~20050529 To 20050604 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050615 23:04 | PY - Payroll | 4790963 | | SHI | ~20050529 To 20050604 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050616 15:03 | IC - Transfer from Inmate to Club A/c | 4796287 | | SHI | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $119.69 | $0.00 | $0.00 |
| 20050617 07:48 | ML - Mail | 4799583 | | SHI | ~CVS# 5353100156~KELLY, DIANE,, | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050621 22:30 | CN - Canteen | 4812871 | | SHI | ~Canteen Date : 20050621 | $0.00 | $49.83 | $0.00 | $0.00 |
| 20050622 07:47 | ML - Mail | 4814564 | | SHI | ~POSTAL# 07537037005~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050622 23:13 | PY - Payroll | 4823933 | | SHI | ~20050605 To 20050611 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050622 23:13 | PY - Payroll | 4823934 | | SHI | ~20050605 To 20050611 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050627 15:02 | CI - Transfer from Club to Inmate A/c | 4838492 | | SHI | ~REFUND 6/9/05~W67598 RAGUCCI,DENNIS PERSONAL~HAIRCUT REVENUE - Z3 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20050627 15:02 | AT - Account Transfer | 4838493 | | SHI | ~REFUND - RETURN TO SAVINGS~W67598 RAGUCCI,DENNIS   SAVINGS | $0.00 | $1.50 | $1.50 | $0.00 |
| 20050628 22:30 | CN - Canteen | 4844021 | | SHI | ~Canteen Date : 20050628 | $0.00 | $43.78 | $0.00 | $0.00 |
| 20050629 23:09 | PY - Payroll | 4855709 | | SHI | ~20050612 To 20050618 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050629 23:09 | PY - Payroll | 4855710 | | SHI | ~20050612 To 20050618 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050630 08:10 | ML - Mail | 4858311 | | SHI | ~CVS# 5353100181~KELLY, DIANE,, | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050705 22:30 | CN - Canteen | 4880987 | | SHI | ~Canteen Date : 20050705 | $0.00 | $33.42 | $0.00 | $0.00 |
| 20050706 09:12 | ML - Mail | 4882291 | | SHI | ~W U 08-285633563 ~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050706 09:12 | MA - Maintenance and Administration | 4882293 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050706 23:11 | PY - Payroll | 4892146 | | SHI | ~20050619 To 20050625 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050706 23:11 | PY - Payroll | 4892147 | | SHI | ~20050619 To 20050625 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050712 22:30 | CN - Canteen | 4917497 | | SHI | ~Canteen Date : 20050712 | $0.00 | $29.31 | $0.00 | $0.00 |
| 20050713 08:21 | ML - Mail | 4919055 | | SHI | ~WU# 08285633636~RAGUCCI, ANTHONY,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4923405 | | SHI | | $0.45 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050802 10:12

| | | | | Page: | 5 |

Commit# : W67598                MCI SHIRLEY (MEDIUM)

Name : RAGUCCI, DENNIS, ,        Statement From   20050127

Inst : MCI SHIRLEY (MEDIUM)           To   20050727

Block : F-2

Cell/Bed : 3 /3B

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050713 16:51 | IS - Interest | 4923406 | | SHI | | $0.00 | $0.00 | $0.61 | $0.00 |
| 20050713 23:15 | PY - Payroll | 4944467 | | SHI | ~20050626 To 20050702 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050713 23:15 | PY - Payroll | 4944468 | | SHI | ~20050626 To 20050702 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050718 08:44 | ML - Mail | 4956737 | | SHI | ~WINCHESTER SAVINGS# 323577448~CARR, MARGARET, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050719 22:30 | CN - Canteen | 4965962 | | SHI | ~Canteen Date : 20050719 | $0.00 | $32.70 | $0.00 | $0.00 |
| 20050720 23:15 | PY - Payroll | 4977010 | | SHI | ~20050703 To 20050709 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050720 23:15 | PY - Payroll | 4977011 | | SHI | ~20050703 To 20050709 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050722 08:55 | ML - Mail | 4985575 | | SHI | ~WU# 08260352858~KELLY, DIANE, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050726 22:30 | CN - Canteen | 4996706 | | SHI | ~Canteen Date : 20050726 | $0.00 | $44.31 | $0.00 | $0.00 |
| 20050727 23:13 | PY - Payroll | 5007589 | | SHI | ~20050710 To 20050716 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050727 23:13 | PY - Payroll | 5007590 | | SHI | ~20050710 To 20050716 | $0.00 | $0.00 | $5.00 | $0.00 |
| | | | | | | $1,334.90 | $1,424.48 | $399.42 | $514.71 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $5.29 | $196.26 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $23.79 | $196.26 | $0.00 | $0.00 | $0.00 | $0.00 |