UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENNIS RAGUCCI,
                Petitioner

        v.                                CIVIL ACTION NO.:
                                        05-10773-EFH

MICHAEL A. THOMPSON,
                Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

September 13, 2005

HARRINGTON, S.D.J.

      In accordance with the Order of the United States Court of Appeals for the First Circuit, entered September 8, 2005, this Court allows Petitioner Ragucci's application to proceed without prepayment of fees and affidavit.

      SO ORDERED.

                                                  /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge