**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1929

DENNIS RAGUCCI,

Petitioner, Appellant,

v.

MICHAEL A. THOMPSON,

Respondent, Appellee.

Before

Boudin, *Chief Judge*,
Campbell and Stahl *Senior Circuit Judges*.

JUDGMENT

Entered: June 30, 2006

As per the order of November 21, 2005, the judgment of the district court is _vacated_ and this case is _remanded_ to the district court for further proceedings consistent with said order.

By the Court:

Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Deputy Clerk

Date: 7/24/06

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Dennis Ragucci, Annette Benedetto, AAG]