USDC MA
Judge Harrington
05-10773

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-1929

DENNIS RAGUCCI,

Petitioner, Appellant,

v.

MICHAEL A. THOMPSON,

Respondent, Appellee.

---

Before

Boudin, <u>Chief Judge</u>,
Campbell and Stahl <u>Senior Circuit Judges</u>.

---

JUDGMENT

Entered: June 30, 2006

As per the order of November 21, 2005, the judgment of the district court is <u>vacated</u> and this case is <u>remanded</u> to the district court for further proceedings consistent with said order.

By the Court:

Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/24/06

MARGARET CARTER

By: _____

Chief Deputy Clerk.

[cc: Dennis Ragucci, Annette Benedetto, AAG]