UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENNIS RAGUCCI,
            Petitioner

      v.       CIVIL ACTION NO.: 05-10773-EFH

MICHAEL A. THOMPSON,
            Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

December 21, 2006

HARRINGTON, S.D.J.

After hearing, the Court orders the Defendant Thompson, who is represented by the Department of Attorney General, to respond to the Plaintiff's Petition for Writ of Habeas Corpus on or before January 31, 2007.

SO ORDERED.

                  /s/ Edward F. Harrington
                  EDWARD F. HARRINGTON
                  United States Senior District Judge