UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS RAGUCCI ) | |
|   Petitioner, ) | CIVIL ACTION |
|       v.  ) | NO. 05-10773-EFH |
| MICHAEL A. THOMPSON, ) | |
|   Respondent. ) | |

### SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules governing Section 2254 Cases, the respondent submits the following material as a supplement to her Answer:

1. Brief and Record Appendix For the Defendant on Appeal to the Massachusetts Appeals Court (No. 2001-P-83)

2. Brief For the Commonwealth on Appeal (No. 2001-P-83)

3. *Commonwealth v. Ragucci*, 60 Mass. App. Ct. 1103, 798 N.E. 2d 1046 (2008)(Unpublished).

4. Defendant's Application For Further Appellate Review in the Supreme Judicial Court (FAR-13828). See *Commonwealth v. Ragucci*, 441 Mass. 1101, 803 N.E. 2d 332 (2003)(FAR denied).

                                          Respectfully submitted,

                                          MARTHA COAKLEY
                                          ATTORNEY GENERAL

                                          /s/ Annette C. Benedetto
                                          **Assistant Attorney General**
                                          **Criminal Bureau**
                                          **One Ashburton Place**
                                          **Boston, Massachusetts 02108**
                                          **(617) 727-2200**
                                          **BBO No. 037060**

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

**Dated: January 19, 2007**                              /s/ **Annette C. Benedetto**
                                                                             **Assistant Attorney General**