UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS RAGUCCI )<br>  Petitioner, )<br>           v.            )<br>MICHAEL A. THOMPSON, )<br>  Respondent. )<br>                               ) | CIVIL ACTION<br>NO. 05-10773-EFH |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, the respondent herein files a Supplemental Answer with the following documents from the petitioner's state court record:

1. Brief and Record Appendix For the Defendant on Appeal to the Massachusetts Appeals Court (No. 2001-P-83)

2. Brief For the Commonwealth on Appeal (No. 2001-P-83)

3. *Commonwealth v. Ragucci*, 60 Mass. App. Ct. 1103, 798N.E. 2d 1046 (2008)(Unpublished).

4. Defendant's Application For Further Appellate Review in the Supreme Judicial Court (FAR-13828). *See Commonwealth v. Ragucci*, 441 Mass. 1101, 803 N.E. 2d 332 (2003)(FAR denied).

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
**Assistant Attorney General**

2

**Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060**

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

**Dated: January 19, 2007**             /s/ Annette C. Benedetto
                                        **Assistant Attorney General**