# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENNIS RAGUCCI,
                    Petitioner

          v.                          CIVIL ACTION NO.:
                                         05-10773-EFH
MICHAEL A. THOMPSON,
                    Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# <u>O R D E R</u>

March 21, 2007

HARRINGTON, S.D.J.

     The parties herein are ordered to file memoranda of law on or before April 21, 2007.

     SO ORDERED.

                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge