UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DENNIS RAGUCCI**<br>  Petitioner,<br>v.<br>**MICHAEL A. THOMPSON,**<br>  Respondent. | CIVIL ACTION<br>NO. 05-10773-EFH |

### MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE

The respondent in the above-entitled petition for writ of habeas corpus respectfully moves this Court to reconsider its briefing schedule issued on March 21, 2007, ordering both parties to file memoranda of law on or before April 21, 2007.

In support thereof, the respondent's attorney states that filing simultaneous memoranda risks that issues will not be addressed or confronted adequately since each party is unaware of the other's arguments.  Since the petitioner bears the burden of proof in a federal habeas corpus action pursuant to 28 U.S.C. § 2254, it is respectfully suggested that briefing schedule be modified and the petitioner's memoranda in support of the petition be filed by April 21, 2007, or other date convenient to the Court and the respondent's memoranda in opposition to the petition be filed thirty or sixty days thereafter.

WHEREFOR, the respondent in the above-entitled petition for writ of habeas corpus respectfully moves this Court to reconsider its briefing schedule and issue a modified schedule, ordering the petitioner to file a memoranda in support of the petition by April 21, 2007 or other date convenient to the Court and the respondent's memoranda in opposition to the petition be filed thirty or sixty days thereafter.

2

        Respectfully submitted,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        <u>/s/ Annette C. Benedetto</u>
        Annette C. Benedetto
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200
        BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the petitioner pro se at the address below on March 22, 2007, by first class mail, postage prepaid.

Dennis Ragucci
W-67598
MCI Shirley Medium
PO Box 1218
Shirley, MA 01464        <u>/s/ Annette C. Benedetto</u>
        Annette C. Benedetto
        Assistant Attorney General