June 1, 2007

Box 1218
Shirley, MA 01464

United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   05-10773-EFH, **Ragucci v. Thompson**

Dear Clerk:

I am in receipt of the docket entries in the above captioned case that had been promptly forwarded to me on May 30th last. The date on the bottom right of the docket is the same.

Missing from the entries is my April 9, 2007, motion for an enlargement of time, both to accomodate the respondent counsel's briefing schedule and to allow my own time to file. Having duly provided service of my pleading to Ms. Benedetto of the Attorney General's office in Boston, I am positive she is aware of the circumstances arising from the enlargement request. In fact, I assented to the respondent's motion for an extension to answer where respondent's counsel simply had nothing to answer at the time.

On April 20, 2007, I wrote to the pro se clerk to alert her that I had no reply, or adjudication, to my request. I have not had a reply in this either.

Kindly advise the undersigned at your earliest convenience. Thank you in advance for your usual assistance.

Very truly yours,

Dennis Ragucci, pro se
MCI Shirley Medium

cc:   Annette Benedetto, AAG

(*) SECOND REQUEST: 06-01-07

April 20, 2007

Box 1218
Shirley, MA 01464

Pro se Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

FILED
CLERKS OFFICE

2007 JUN -6  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk:

On April 9, 2007, I moved the Court under Civil Action No. **05-10773-EFH**, for an enlargement of time relative to a briefing schedule that has a deadline of April 21, 2007, just one week away. Hopefully, the motion will be adjudicated in time and the ORDER crossing in the mail pre-empting my concern.

I pray that the extension, for both parties, be enlarged, so that we can reach a just a just and final determination of the matter.

Thank you in advance for your usual assistance and cooperation.

Very truly yours,

Dennis Ragucci, pro se
MCI Shirley Medium


cc:   A. Benedetto, AAG